IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

YOLANDA FARRAR                                                                PLAINTIFF

v.                                    NO. 4:17-CV-0443

ARKANSAS DEPARTMENT OF
HUMAN SERVICES                                                                DEFENDANT

## ORDER

Pending is the parties' joint motion to stay the case (Document No. 21) The motion is GRANTED.

The Clerk is ordered to administratively stay this action pending further orders of the Court. The parties are directed to provide a status report to the Court every 60 days following the entry of this order.

IT IS SO ORDERED this 26th day of April, 2018.

_____
James M. Moody Jr.
United States District Judge