IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

YOLANDA FARRAR                                                    PLAINTIFF

v.                           NO. 4:17-CV-0443

ARKANSAS DEPARTMENT OF
HUMAN SERVICES                                                    DEFENDANT

## JUDGMENT

On September 23, 2019, this case came on for trial before a jury. On September 25, 2019, the jury returned a verdict in favor of Defendant as to Plaintiff's claim for race discrimination and a verdict[1] in favor of Plaintiff on her claim for retaliation, awarding her damages in the amount of $17,036.13[2] for loss of wages and benefits and $30,000[3] for other damages. The total amount of the judgment, $47,036.13, will bear interest at the lawful rate[4] until paid.

The Court will consider Farrar's Petition for Attorneys' Fees and Costs (Doc. No. 81), filed on October 11, 2019, once a response has been filed or the time for response has passed.

IT IS SO ORDERED this 15th day of October, 2019.

_____
James M. Moody Jr.
United States District Judge

---

[1] The Court accepted a non-unanimous verdict of 11-1 by agreement of counsel for both parties

[2] Ten of the jurors agreed to this amount.

[3] Nine of the jurors agreed to this amount.

[4] The post-judgment interest rate is the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the Judgment.